Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  12–34013–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dorothy Lee Scarbrough
   11 Brook Dr.
   Neptune, NJ 07753

Social Security No.:
   xxx–xx–0894

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/23/15.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

Dated: January 23, 2015
JJW: bwj

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 12-34013-KCF
Dorothy Lee Scarbrough                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: bjackson            Page 1 of 1           Date Rcvd: Jan 23, 2015
                              Form ID: 148              Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2015.
db             +Dorothy Lee Scarbrough,    11 Brook Dr.,    Neptune, NJ 07753-3509
513398198      +Chase,    P.O. Box 24696,    Columbus, OH 43224-0696
513595487      +JPMORGAN CHASE BANK, N.A.,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: leah.bynon@usdoj.gov Jan 23 2015 23:38:49      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2015 23:38:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
513398203       EDI: IRS.COM Jan 23 2015 23:28:00      Internal Revenue Service,    Andover, MA 05501-0010
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513398200*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    Department of Treasury,
                 P. O. Box 22421,    Newark, NJ 07101-2421)
513398201*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
513398199*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    Special Procedures,    Bankruptcy Section,
                 P.O. Box 724,    Springfield, NJ 07081)
513398202*      Internal Revenue Service,    P. O. Box 37004,    Hartford, CT 06176-7004
                                                                                    TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2015                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2015 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, N.A., SUCCESSOR IN INTEREST BY
               PURCHASE FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION AS SERVICER FOR WASHINGTON MUTUAL BANK
               bankruptcy@feinsuch.com
              William H. Oliver, Jr.    on behalf of Debtor Dorothy Lee Scarbrough bkwoliver@aol.com
                                                                                             TOTAL: 4